**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: DZIELAK, LINDA A | § | Case No. 08-70499 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 25, 2008. The undersigned trustee was appointed on February 25, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $          25,000.00

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 7,074.50 |
| Bank service fees | 21.57 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]         $ | 17,903.93 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 07/11/2008 and the deadline for filing governmental claims was 08/23/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $3,250.00, for a total compensation of $3,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/29/2014        By: /s/BERNARD J. NATALE
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-70499  
**Case Name:** DZIELAK, LINDA A  

**Period Ending:** 05/29/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/25/08 (f)  
**§341(a) Meeting Date:** 03/27/08  
**Claims Bar Date:** 07/11/08

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Single family home located at 6337 Weathervane F | 68,500.00 | 15,972.50 | | 25,000.00 | FA |
| 2  Single family home located at 8015 Cameo Drive, | 58,500.00 | 0.00 | | 0.00 | FA |
| 3  Amcore checking account # 9802740237 | 100.00 | 0.00 | | 0.00 | FA |
| 4  Alpine Bank checking account # 10397175 | 100.00 | 0.00 | | 0.00 | FA |
| 5  North Park Water - security deposit | 50.00 | 0.00 | | 0.00 | FA |
| 6  Household goods and furnishings | 1,490.00 | 0.00 | | 0.00 | FA |
| 7  Wearing apparel for Debtor and child | 200.00 | 0.00 | | 0.00 | FA |
| 8  Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 9  Child support arrearage | 1,140.00 | 0.00 | | 0.00 | FA |
| 10  2002 Chevy Impala - debtor is 50% owner with her | 1,952.50 | 0.00 | | 0.00 | FA |
| 11  Debtor has a contingent interest in her ex-Husba  (u) | 36,000.00 | 0.00 | | 0.00 | FA |
| 12  Debtor has a contingent interest in a Smith Barn  (u)   Order entered on 08/11/2010 denying Trustee's objection to exemption. | 35,750.00 | 0.00 | | 0.00 | FA |
| 13  Debtor has an interest in child support which ma  (u) | 12,000.00 | 0.00 | | 0.00 | FA |
| 14  210 W Main Rockton IL (Bar )    She had agreed to quit claim in April 2006 and transferred her interest in the Pub and received $28,000, but did not execute the deed.   She received these fund pre-petition.  Her ex-husband had a 1/2 interest in this property. | Unknown | 0.00 | | 0.00 | FA |
| 14  Assets  Totals (Excluding unknown values) | **$215,882.50** | **$15,972.50** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

FEES FOR SPECIAL COUNSEL APPROVED AND PAID IN APRIL 2014.  FINAL REPORT TO FOLLOW AS SOON AS CHECKS CLEAR TRUSTEE'S BANK ACCOUNT.

Printed: 05/29/2014 04:41 PM     V.13.15

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-70499
**Case Name:** DZIELAK, LINDA A

**Trustee:** (330370) BERNARD J. NATALE
**Filed (f) or Converted (c):** 02/25/08 (f)
**§341(a) Meeting Date:** 03/27/08

**Period Ending:** 05/29/14

**Claims Bar Date:** 07/11/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** July 31, 2009  **Current Projected Date Of Final Report (TFR):** April 28, 2014 (Actual)

Printed: 05/29/2014 04:41 PM    V.13.15

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 08-70499 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** DZIELAK, LINDA A | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9166 - Checking Account |
| **Taxpayer ID #:** **-***5328 | **Blanket Bond:** $606,000.00 (per case limit) |
| **Period Ending:** 05/29/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 2,500.00 | | 2,500.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 2,500.00 | | 5,000.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 2,500.00 | | 7,500.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 3,000.00 | | 10,500.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 4,000.00 | | 14,500.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 4,750.00 | | 19,250.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 5,750.00 | | 25,000.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.57 | 24,978.43 |
| 04/07/14 | 101 | Zuba & Associates | Pymt of Special Counsel Fees | 3210-600 | | 5,960.50 | 19,017.93 |
| 04/07/14 | 102 | Ronald T. Wade | Pymt of Special Fees & Expenses | | | 1,114.00 | 17,903.93 |
| | | | Pymt of Special Counsel Fees      960.00 | 3210-600 | | | 17,903.93 |
| | | | Pymt of Special Counsel Expenses  154.00 | 3220-610 | | | 17,903.93 |
| | | | **ACCOUNT TOTALS** | | 25,000.00 | 7,096.07 | $17,903.93 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,000.00 | 7,096.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $25,000.00 | $7,096.07 | |

```
Net Receipts :      25,000.00
                   _____
Net Estate :       $25,000.00
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9166** | 25,000.00 | 7,096.07 | 17,903.93 |
| | $25,000.00 | $7,096.07 | $17,903.93 |

{} Asset reference(s)

Printed: 05/29/2014 04:41 PM    V.13.15

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: July 11, 2008

| Case Number: 08-70499 | Page: 1 | Date: May 29, 2014 |
|---|---|---|
| Debtor Name: DZIELAK, LINDA A | | Time: 04:42:04 PM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| EXP 199 | BERNARD J. NATALE, LTD. 6833 STALTER DRIVE, STE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | | $67.96 | $0.00 | 67.96 |
| ATTY 199 | BERNARD J. NATALE, LTD. 6833 STALTER DRIVE, STE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | | $12,325.75 | $0.00 | 12,325.75 |
| TRTE 199 | BERNARD J. NATALE 6833 STALTER DRIVE SUITE 201 ROCKFORD, IL 61108 | Admin Ch. 7 | | $3,250.00 | $0.00 | 3,250.00 |
| ADVFEE 199 | CLERK OF THE BANKRUPTCY COURT 211 S COURT STREET ROCKFORD, IL 61101 | Admin Ch. 7 | Fee for Filing Adversary Case No: 09-96221 | $250.00 | $0.00 | 250.00 |
| SCWADE 199 | Attorney Ron T. Wade 5027 Bent Tree Court Rockford, IL 61114 | Admin Ch. 7 | | $960.00 | $960.00 | 0.00 |
| SCZUBA 199 | Zuba & Associates 6067 Strathmoor Drive Rockford, IL 61107 | Admin Ch. 7 | | $5,960.50 | $5,960.50 | 0.00 |
| SCWADE EX 199 | Attorney Ron T. Wade 5027 Bent Tree Court Rockford, IL 61114 | Admin Ch. 7 | | $154.00 | $154.00 | 0.00 |
| 8 950 | Gateway Community Bank 5390 Williams Drive Roscoe, IL 61073 | Secured | 62610711 ORDER ENTERED 11/17/08 BARRING DISTRIBUTION FROM ESTATE ASSETS | $111,163.44 | $0.00 | 111,163.44 |
| 1 610 | ComEd ComEd Co.,2100 Swift Drive,Attn: Bankruptcy Section/Revenue Mgmt Oakbrook, IL 60523 | Unsecured | 57490-14038 | $506.29 | $0.00 | 506.29 |
| 2 610 | Midland Fundling LLC Agent Recoser LLC 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Unsecured | 8764 | $4,869.12 | $0.00 | 4,869.12 |
| 3 610 | Mutual Management P O Box 4777 Rockford, IL 61110 | Unsecured | QI1994 | $850.18 | $0.00 | 850.18 |
| 4 610 | Creditors Protection S P O Box 4115 Rockford, IL 61110 | Unsecured | 07-107-0141 | $379.49 | $0.00 | 379.49 |
| 5 610 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | 689 | $442.99 | $0.00 | 442.99 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: July 11, 2008

Case Number: 08-70499  
Debtor Name: DZIELAK, LINDA A  
Page: 2  
Date: May 29, 2014  
Time: 04:42:04 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 / 610 | Amcore Bank<br>Attn: Marilyn K Kiefer<br>1210 South Alpine Rd<br>Rockford, IL 61108 | Unsecured | 6242132 | $6,110.56 | $0.00 | 6,110.56 |
| 7 / 610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | 9253 | $655.98 | $0.00 | 655.98 |
| 9 / 610 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 5233 | $106.22 | $0.00 | 106.22 |
| 11 / 610 | FIA CARD SERVICES, N.A./BANK OF AMERICA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | 3859 | $5,803.82 | $0.00 | 5,803.82 |
| 12 / 610 | FIA CARD SERVICES, N.A./BANK OF AMERICA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | 5867 | $17,342.61 | $0.00 | 17,342.61 |
| 13 / 610 | Swedish American Hospital<br>c/o Dennis A. Brebner & Assoc.<br>860 Northpoint Blvd.<br>Waukegan, IL 60085 | Unsecured | 7827 | $243.19 | $0.00 | 243.19 |
| 14 / 610 | David Carter<br>Attorney at Law<br>One Court Place #401<br>Rockford, IL 61101 | Unsecured |  | $1,050.00 | $0.00 | 1,050.00 |
| 10 / 620 | Rockford Mercantile<br>2502 S Alpine Rd<br>Rockford, IL 61108 | Unsecured | W97363 ETC | $631.80 | $0.00 | 631.80 |
| << Totals >> |  |  |  | 173,123.90 | 7,074.50 | 166,049.40 |

**TRUSTEE'S PROPOSED DISTRIBUTION**　　　　　Exhibit D

Case No.: 08-70499
Case Name: DZIELAK, LINDA A
Trustee Name: BERNARD J. NATALE

**Balance on hand:**　　$　17,903.93

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Gateway Community Bank | 111,163.44 | 111,163.44 | 0.00 | 0.00 |

Total to be paid to secured creditors:　$　0.00
Remaining balance:　$　17,903.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 3,250.00 | 0.00 | 3,250.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 12,325.75 | 0.00 | 12,325.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 67.96 | 0.00 | 67.96 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |
| Other Fees: Attorney Ron T. Wade | 960.00 | 960.00 | 0.00 |
| Other Expenses: Attorney Ron T. Wade | 154.00 | 154.00 | 0.00 |
| Other Fees: Zuba & Associates | 5,960.50 | 5,960.50 | 0.00 |

Total to be paid for chapter 7 administration expenses:　$　15,893.71
Remaining balance:　$　2,010.22

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:　$　0.00
Remaining balance:　$　2,010.22

**UST Form 101-7-TFR (05/1/2011)**

Case 08-70499    Doc 70    Filed 05/29/14    Entered 05/29/14 17:14:00    Desc Main
          Document      Page 9 of 10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,010.22 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,992.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ComEd | 506.29 | 0.00 | 26.54 |
| 2 | Midland Fundling LLC | 4,869.12 | 0.00 | 255.16 |
| 3 | Mutual Management | 850.18 | 0.00 | 44.55 |
| 4 | Creditors Protection S | 379.49 | 0.00 | 19.89 |
| 5 | TARGET NATIONAL BANK | 442.99 | 0.00 | 23.21 |
| 6 | Amcore Bank | 6,110.56 | 0.00 | 320.21 |
| 7 | Chase Bank USA,N.A | 655.98 | 0.00 | 34.38 |
| 9 | LVNV Funding LLC | 106.22 | 0.00 | 5.57 |
| 10 | Rockford Mercantile | 631.80 | 0.00 | 0.00 |
| 11 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 5,803.82 | 0.00 | 304.14 |
| 12 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 17,342.61 | 0.00 | 908.81 |
| 13 | Swedish American Hospital | 243.19 | 0.00 | 12.74 |
| 14 | David Carter | 1,050.00 | 0.00 | 55.02 |

**UST Form 101-7-TFR (05/1/2011)**

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 2,010.22 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**