# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: DZIELAK, LINDA A    §    Case No. 08-70499
                           §
                           §
Debtor(s)                  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/30/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 05/28/2014   By: /s/BERNARD J. NATALE
                                                                Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: DZIELAK, LINDA A    § Case No. 08-70499
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,000.00 |
| *and approved disbursements of* | $ 7,096.07 |
| *leaving a balance on hand of* [1] | $ 17,903.93 |
| **Balance on hand:** | $ 17,903.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Gateway Community Bank | 111,163.44 | 111,163.44 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 17,903.93 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 3,250.00 | 0.00 | 3,250.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 12,325.75 | 0.00 | 12,325.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 67.96 | 0.00 | 67.96 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |
| Other Fees: Attorney Ron T. Wade | 960.00 | 960.00 | 0.00 |
| Other Expenses: Attorney Ron T. Wade | 154.00 | 154.00 | 0.00 |
| Other Fees: Zuba & Associates | 5,960.50 | 5,960.50 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 15,893.71 |
| Remaining balance: | $ 2,010.22 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,010.22

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,010.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,992.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ComEd | 506.29 | 0.00 | 26.54 |
| 2 | Midland Fundling LLC | 4,869.12 | 0.00 | 255.16 |
| 3 | Mutual Management | 850.18 | 0.00 | 44.55 |
| 4 | Creditors Protection S | 379.49 | 0.00 | 19.89 |
| 5 | TARGET NATIONAL BANK | 442.99 | 0.00 | 23.21 |
| 6 | Amcore Bank | 6,110.56 | 0.00 | 320.21 |
| 7 | Chase Bank USA,N.A | 655.98 | 0.00 | 34.38 |
| 9 | LVNV Funding LLC | 106.22 | 0.00 | 5.57 |
| 10 | Rockford Mercantile | 631.80 | 0.00 | 0.00 |
| 11 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 5,803.82 | 0.00 | 304.14 |

**UST Form 101-7-NFR (10/1/2010)**

| 12 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 17,342.61 | 0.00 | 908.81 |
|----|------------------------------------------|-----------|------|--------|
| 13 | Swedish American Hospital | 243.19 | 0.00 | 12.74 |
| 14 | David Carter | 1,050.00 | 0.00 | 55.02 |

Total to be paid for timely general unsecured claims: $ 2,010.22
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|--------------------------|---------------------------|------------------|
|          |          | None                     |                           |                  |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|--------------------------|---------------------------|------------------|
|          |          | None                     |                           |                  |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                   Case No. 08-70499-TML
Linda A Dzielak                                                          Chapter 7
          Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 2                    Date Rcvd: Jun 03, 2014
                              Form ID: pdf006             Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2014.
db           +Linda A Dzielak,    8015 Cameo Drive,    Machesney Park, IL 61115-2555
11977280     +Acct Rec Svc,    3031 N 114th St,    Milwaukee, WI 53222-4218
11977281     +Advanced Care & Treatment Medical G,     2895 Paysphere Circle,    Chicago, IL 60674-0028
11977284     +Amcore Bank N A,    501 7th St,    Rockford, IL 61104-1245
11977285     +Ameriprise Bank,    P.O. Box 44092,    Jacksonville, FL 32231-4092
11977286     +Bank of America,    Po Box 26012,    Nc4-105-03-14,    Greensboro, NC 27420-6012
11977287    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
12226089     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933
11977288    #+Citibank,    Attn: Citicorp Credit Services,    7920 Nw 110th Street,    Kansas City, MO 64153-1270
11977289      Collecticorp,    P. O. Box 100789,    Birmingham, AL 35210-0789
11977291    #+Creditors Financial Group,     3131 South Vaughn Way, Ste. 110,    Aurora, CO 80014-3501
11977293     +David Carter,    Attorney at Law,    One Court Place #401,    Rockford, IL 61101-1088
11977295      GC Limited Partnership,     P. O. Box 95366,   Atlanta, GA 30347
11977294     +Gateway Community Bank,     5390 Williams Drive,    Roscoe, IL 61073-7320
11977298     +Hsbc/brgnr,    Po Box 15521,    Wilmington, DE 19850-5521
11977299     +J. Cain  & Associates, Ltd.,     6019 Fincham Drive,    Rockford, IL 61108-2518
11977301    #+Liberty Savings Bank,    2251 Rombach Ave.,    Wilmington, OH 45177-1995
11977302    #+Michael Dzielak,    6337 Weathervane Lane,    Machesney Park, IL 61115-7157
20384157      Midland Funding LLC,    By its authorized agent Recoser, LLC,     25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
11977303     +Mutual Management,    P O Box 4777,    Rockford, IL 61110-4777
11977304     +National Enterprise System,     29125 Solon Road,    Solon, OH 44139-3442
11977305      Nationwide Credit,    2015 Vaughn Rd. NW, Ste. 400,     Kennesaw, GA 30144-7802
11977309    #+Orthopedic Associates of No IL,     1235 N. Mulford Rd., Ste. 100,    Rockford, IL 61107-3879
11977311     +RHM Pathologists, Inc.,     c/o PBO, Inc.,    6785 Weaver Road,    Rockford, IL 61114-8055
11977312      Richard Haime,    Attorney at Law,    7307 North Alpine,    Rockford, IL 61108
11977313      Rockford Health Systems,     2400 N. Rockton Ave.,    P. O. Box 14125,    Rockford, IL 61105-4125
11977314     +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
11977316     +Seeber Foot and Ankle Clinic,     3851 N. Mulford,    Rockford, IL 61114-5603
11977317     +Surgical Association of Northern IL,     P. O. Box 4224,    Rockford, IL 61110-0724
12406162     +Swedish American Hospital,     c/o Dennis A. Brebner & Assoc.,    860 Northpoint Blvd.,
               Waukegan, IL 60085-8211
11977318     +Swedish American Hospital,     P. O. Box 4447,    Rockford, IL 61110-0947
11977319      Swedish American Medical Group,     2550 Charles St.,    P. O. Box 1567,    Rockford, IL 61110-0067
11977320     +Target,    Po Box 1327,    Mail Stop 3CK,   Minneapolis, MN 55440-1327
11977321      Tuition Management Systems,     P. O. Box 0169,    Cincinnati, OH 45274-0169

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11977283      E-mail/Text: roy.buchholz@allianceoneinc.com Jun 04 2014 01:16:22      AllianceOne, Inc.,
               P. O. Box 3101,    Southeastern, PA 19398-3101
11977282     +E-mail/Text: roy.buchholz@allianceoneinc.com Jun 04 2014 01:16:22
               Allianceone Receivables Management,     1160 Centre Pointe Drive, Ste. 1,
               Saint Paul, MN 55120-1377
12657708     +E-mail/PDF: rmscedi@recoverycorp.com Jun 04 2014 01:24:24      Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12002670     +E-mail/Text: legalcollections@comed.com Jun 04 2014 01:19:06      ComEd,    ComEd Co.,
               2100 Swift Drive,    Attn: Bankruptcy Section/Revenue Mgmt,    Oakbrook, IL 60523-1559
11977290     +E-mail/Text: legalcollections@comed.com Jun 04 2014 01:19:06      Commonwealth Edison,
               Credit Services,    2100 Swift Dr.,    Oak Brook, IL 60523-1559
11977292     +E-mail/Text: aquist@creditorsprotection.com Jun 04 2014 01:19:10      Creditors Protection S,
               P O Box 4115,   Rockford, IL 61110-0615
12397478      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 04 2014 01:22:11
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11977296     +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2014 01:23:33      GEMB / JC Penny,
               Ge Money/Attn: Bankruptcy Dept,    4125 Windward Plaza Building 300,    Alpharetta, GA 30005-8738
11977297     +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2014 01:22:09      Gemb/sams Club Dc,    Po Box 981400,
               El Paso, TX 79998-1400
11977300     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 04 2014 01:16:37      Kohls,    Po Box 3120,
               Milwaukee, WI 53201-3120
12316696      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2014 01:24:14      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11977306     +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 04 2014 01:18:04      NCO Financial Systems,
               P. O. Box 15630,    Dept. 99,   Wilmington, DE 19850-5630
11977307     +E-mail/Text: bankrup@aglresources.com Jun 04 2014 01:16:11      Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
12055415      E-mail/PDF: rmscedi@recoverycorp.com Jun 04 2014 01:21:47
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12141642     +E-mail/PDF: rmscedi@recoverycorp.com Jun 04 2014 01:22:17
               Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM'S CLUB DISCOVER,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
```

```
District/off: 0752-3           User: vgossett              Page 2 of 2                   Date Rcvd: Jun 03, 2014
                               Form ID: pdf006             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
12162974     +E-mail/Text: bncmail@w-legal.com Jun 04 2014 01:17:49     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
11977322     +E-mail/Text: bnc@ursi.com Jun 04 2014 01:16:31      United Recovery Systems,
               5800 North Course Drive,   Houston, TX 77072-1613
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12172782     ##+Amcore Bank,    Attn:  Marilyn K Kiefer,    1210 South Alpine Rd,   Rockford, IL 61108-3946
11977308      ##Northern Illinois Imaging,    P. O. Box 1733,   Rockford, IL 61110-0233
11977310     ##+Radiology Consultants of Rockford,    P. O. Box 4542,   Rockford, IL 61110-4542
11977315      ##Rockford Radiology,    P. O. Box 5368,   Rockford, IL 61125-0368
                                                                                              TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2014 at the address(es) listed below:
              Bernard J Natale    on behalf of Spec. Counsel Ronald T Wade natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Bernard J Natale     natalelaw@bjnatalelaw.com,    IL42@ecfcbis.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    on behalf of Spec. Counsel James T. Zuba natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Gary C Flanders    on behalf of Debtor Linda A Dzielak garyflanders@sbcglobal.net
              Heather M Giannino    on behalf of Creditor   EverBank bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 8
```