# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: DZIELAK, LINDA A § Case No. 08-70499-MB
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $147,382.50           Assets Exempt: $100,382.50
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,690.01     Claims Discharged
                                                Without Payment: $73,053.24

Total Expenses of Administration: $22,989.78

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 320.21 (see **Exhibit 2**), yielded net receipts of $24,679.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $79,055.00 | $111,163.44 | $111,163.44 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,989.78 | 22,989.78 | 22,989.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 88,625.00 | 38,992.25 | 38,992.25 | 1,690.01 |
| **TOTAL DISBURSEMENTS** | $167,680.00 | $173,145.47 | $173,145.47 | $24,679.79 |

4) This case was originally filed under Chapter 7 on February 25, 2008. The case was pending for 81 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/01/2014          By: /s/BERNARD J. NATALE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single family home located at 6337 Weathervane F | 1110-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CLERK OF THE BANKRUPTCY COURT | Unclaim Funds | 8500-002 | 320.21 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$320.21** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Gateway Community Bank | 4110-000 | 0.00 | 111,163.44 | 111,163.44 | 0.00 |
| NOTFILED | Ameriprise Bank | 4110-000 | 34,345.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Savings Bank | 4110-000 | 44,710.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$79,055.00** | **$111,163.44** | **$111,163.44** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 67.96 | 67.96 | 67.96 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 12,325.75 | 12,325.75 | 12,325.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Scheduled | Asserted | Allowed |
|---|---|---|---|---|---|
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Attorney Ron T. Wade | 3210-600 | N/A | 960.00 | 960.00 | 960.00 |
| Zuba & Associates | 3210-600 | N/A | 5,960.50 | 5,960.50 | 5,960.50 |
| Attorney Ron T. Wade | 3220-610 | N/A | 154.00 | 154.00 | 154.00 |
| Rabobank, N.A. | 2600-000 | N/A | 21.57 | 21.57 | 21.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$22,989.78** | **$22,989.78** | **$22,989.78** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd | 7100-000 | 600.00 | 506.29 | 506.29 | 26.54 |
| 2 | Midland Fundling LLC | 7100-000 | 4,869.00 | 4,869.12 | 4,869.12 | 255.16 |
| 3 | Mutual Management | 7100-000 | 826.00 | 850.18 | 850.18 | 44.55 |
| 4 | Creditors Protection S | 7100-000 | 251.00 | 379.49 | 379.49 | 19.89 |
| 5 | TARGET NATIONAL BANK | 7100-000 | 442.00 | 442.99 | 442.99 | 23.21 |
| 6 | Amcore Bank | 7100-000 | 6,160.00 | 6,110.56 | 6,110.56 | 0.00 |
| 7 | Chase Bank USA,N.A | 7100-000 | N/A | 655.98 | 655.98 | 34.38 |
| 9 | LVNV Funding LLC | 7100-000 | 101.00 | 106.22 | 106.22 | 5.57 |
| 10 | Rockford Mercantile | 7100-000 | 519.00 | 631.80 | 631.80 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | 5,177.00 | 5,803.82 | 5,803.82 | 304.14 |
| 12 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | 25,145.00 | 17,342.61 | 17,342.61 | 908.81 |
| 13 | Swedish American Hospital | 7100-000 | 8,784.00 | 243.19 | 243.19 | 12.74 |
| 14 | David Carter | 7100-000 | unknown | 1,050.00 | 1,050.00 | 55.02 |
| NOTFILED | Nicor Gas | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Orthopedic Associates of No IL | 7100-000 | 128.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 585.00 | N/A | N/A | 0.00 |
| NOTFILED | J. Cain & Associates, Ltd. | 7100-000 | 403.00 | N/A | N/A | 0.00 |
| NOTFILED | GC Limited Partnership | 7100-000 | 745.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/brgnr | 7100-000 | 24.00 | N/A | N/A | 0.00 |
| NOTFILED | Radiology Consultants of Rockford | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Haime Attorney at Law | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Medical Group | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | Tuition Management Systems | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Surgical Association of Northern IL | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | Seeber Foot and Ankle Clinic | 7100-000 | 143.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Health Systems | 7100-000 | 1,544.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Radiology | 7100-000 | 99.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 27,594.00 | N/A | N/A | 0.00 |
| NOTFILED | Allianceone Receivables Management | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| NOTFILED | Acct Rec Svc | 7100-000 | 646.00 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Care & Treatment Medical G | 7100-000 | 2,990.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$88,625.00** | **$38,992.25** | **$38,992.25** | **$1,690.01** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70499-MB  
**Case Name:** DZIELAK, LINDA A  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/25/08 (f)  
**§341(a) Meeting Date:** 03/27/08  

**Period Ending:** 11/26/14  

**Claims Bar Date:** 07/11/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Single family home located at 6337 Weathervane F | 68,500.00 | 15,972.50 | | 25,000.00 | FA |
| 2 | Single family home located at 8015 Cameo Drive, | 58,500.00 | 0.00 | | 0.00 | FA |
| 3 | Amcore checking account # 9802740237 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Alpine Bank checking account # 10397175 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | North Park Water - security deposit | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings | 1,490.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing apparel for Debtor and child | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Child support arrearage | 1,140.00 | 0.00 | | 0.00 | FA |
| 10 | 2002 Chevy Impala - debtor is 50% owner with her | 1,952.50 | 0.00 | | 0.00 | FA |
| 11 | Debtor has a contingent interest in her ex-Husba  (u) | 36,000.00 | 0.00 | | 0.00 | FA |
| 12 | Debtor has a contingent interest in a Smith Barn  (u)  Order entered on 08/11/2010 denying Trustee's objection to exemption. | 35,750.00 | 0.00 | | 0.00 | FA |
| 13 | Debtor has an interest in child support which ma  (u) | 12,000.00 | 0.00 | | 0.00 | FA |
| 14 | 210 W Main Rockton IL (Bar )  She had agreed to quit claim in April 2006 and transferred her interest in the Pub and received $28,000, but did not execute the deed.   She received these fund pre-petition.  Her ex-husband had a 1/2 interest in this property. | Unknown | 0.00 | | 0.00 | FA |
| 14 | **Assets   Totals** (Excluding unknown values) | **$215,882.50** | **$15,972.50** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    FEES FOR SPECIAL COUNSEL APPROVED AND PAID IN APRIL 2014.  FINAL REPORT TO FOLLOW AS SOON AS CHECKS CLEAR TRUSTEE'S BANK ACCOUNT.

Printed: 11/26/2014 03:58 PM    V.13.20

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-70499-MB  
**Case Name:** DZIELAK, LINDA A

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/25/08 (f)  
**§341(a) Meeting Date:** 03/27/08  

**Period Ending:** 11/26/14  
**Claims Bar Date:** 07/11/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** July 31, 2009    **Current Projected Date Of Final Report (TFR):** April 28, 2014 (Actual)

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-70499-MB  
**Case Name:** DZIELAK, LINDA A  

**Taxpayer ID #:** **-***5328  
**Period Ending:** 11/26/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 2,500.00 | | 2,500.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 2,500.00 | | 5,000.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 2,500.00 | | 7,500.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 3,000.00 | | 10,500.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 4,000.00 | | 14,500.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 4,750.00 | | 19,250.00 |
| 03/10/14 | {1} | Vanguard 500 Index Fund | Settlement on Real Estate | 1110-000 | 5,750.00 | | 25,000.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.57 | 24,978.43 |
| 04/07/14 | 101 | Zuba & Associates | Pymt of Special Counsel Fees | 3210-600 | | 5,960.50 | 19,017.93 |
| 04/07/14 | 102 | Ronald T. Wade | Pymt of Special Fees & Expenses | | | 1,114.00 | 17,903.93 |
| | | | Pymt of Special Counsel Fees   960.00 | 3210-600 | | | 17,903.93 |
| | | | Pymt of Special Counsel Expenses   154.00 | 3220-610 | | | 17,903.93 |
| 06/30/14 | 103 | BERNARD J. NATALE | Dividend paid 100.00% on $3,250.00, Trustee Compensation; Reference: | 2100-000 | | 3,250.00 | 14,653.93 |
| 06/30/14 | 104 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 14,403.93 |
| 06/30/14 | 105 | ComEd | Distribution paid 5.24% on $506.29; Claim# 1; Filed: $506.29; Reference: 57490-14038 | 7100-000 | | 26.54 | 14,377.39 |
| 06/30/14 | 106 | Midland Fundling LLC | Distribution paid 5.24% on $4,869.12; Claim# 2; Filed: $4,869.12; Reference: 8764 | 7100-000 | | 255.16 | 14,122.23 |
| 06/30/14 | 107 | Mutual Management | Distribution paid 5.24% on $850.18; Claim# 3; Filed: $850.18; Reference: QI1994 | 7100-000 | | 44.55 | 14,077.68 |
| 06/30/14 | 108 | Creditors Protection S | Distribution paid 5.24% on $379.49; Claim# 4; Filed: $379.49; Reference: 07-107-0141 | 7100-000 | | 19.89 | 14,057.79 |
| 06/30/14 | 109 | TARGET NATIONAL BANK | Distribution paid 5.24% on $442.99; Claim# 5; Filed: $442.99; Reference: 689 | 7100-000 | | 23.21 | 14,034.58 |
| 06/30/14 | 110 | Amcore Bank | Distribution paid 5.24% on $6,110.56; Claim# 6; Filed: $6,110.56; Reference: 6242132 Stopped on 10/01/14 | 7100-004 | | 320.21 | 13,714.37 |
| 06/30/14 | 111 | Chase Bank USA,N.A | Distribution paid 5.24% on $655.98; Claim# 7; Filed: $655.98; Reference: 9253 | 7100-000 | | 34.38 | 13,679.99 |
| 06/30/14 | 112 | LVNV Funding LLC | Distribution paid 5.24% on $106.22; Claim# 9; Filed: $106.22; Reference: 5233 | 7100-000 | | 5.57 | 13,674.42 |
| 06/30/14 | 113 | Swedish American Hospital | Distribution paid 5.24% on $243.19; Claim# 13; Filed: $243.19; Reference: 7827 | 7100-000 | | 12.74 | 13,661.68 |

Subtotals : $25,000.00  $11,338.32

{} Asset reference(s)

Printed: 11/26/2014 03:58 PM  V.13.20

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-70499-MB  
**Case Name:** DZIELAK, LINDA A  

**Taxpayer ID #:** **-***5328  
**Period Ending:** 11/26/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/14 | 114 | David Carter | Distribution paid 5.24% on $1,050.00; Claim# 14; Filed: $1,050.00; Reference: | 7100-000 | | 55.02 | 13,606.66 |
| 06/30/14 | 115 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 12,393.71 | 1,212.95 |
| | | | Dividend paid 100.00%    12,325.75 on $12,325.75;  Claim# ATTY; Filed: $12,325.75 | 3110-000 | | | 1,212.95 |
| | | | Dividend paid 100.00%    67.96 on $67.96;  Claim# EXP; Filed: $67.96 | 3120-000 | | | 1,212.95 |
| 06/30/14 | 116 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Combined Check for Claims#11,12 | | | 1,212.95 | 0.00 |
| | | | Dividend paid 5.24% on    304.14 $5,803.82;  Claim# 11; Filed: $5,803.82; Reference: 3859 | 7100-000 | | | 0.00 |
| | | | Dividend paid 5.24% on    908.81 $17,342.61;  Claim# 12; Filed: $17,342.61; Reference: 5867 | 7100-000 | | | 0.00 |
| 10/01/14 | 110 | Amcore Bank | Distribution paid 5.24% on $6,110.56; Claim# 6; Filed: $6,110.56; Reference: 6242132 Stopped: check issued on 06/30/14 | 7100-004 | | -320.21 | 320.21 |
| 10/09/14 | 117 | CLERK OF THE BANKRUPTCY COURT | Unclaim Funds | 8500-002 | | 320.21 | 0.00 |

|   |   |
|---|---|
| ACCOUNT TOTALS | 25,000.00    25,000.00    $0.00 |
| Less: Bank Transfers | 0.00    0.00 |
| Subtotal | 25,000.00    25,000.00 |
| Less: Payments to Debtors | 0.00 |
| NET Receipts / Disbursements | $25,000.00    $25,000.00 |

{} Asset reference(s)

Printed: 11/26/2014 03:58 PM     V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 08-70499-MB | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** DZIELAK, LINDA A | **Bank Name:** Rabobank, N.A. |
| | **Account:** ********66 - Checking Account |
| **Taxpayer ID #:** **-***5328 | **Blanket Bond:** $472,000.00 (per case limit) |
| **Period Ending:** 11/26/14 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 25,000.00
Less Other Noncompensable Items : 320.21
Net Estate : $24,679.79

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ********66** | 25,000.00 | 25,000.00 | 0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)

Printed: 11/26/2014 03:58 PM   V.13.20